IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOE CARTER,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. CV413-098
CR410-271

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record in this case, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Movant's § 2255 motion is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of December 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA